

**The Honorable Franklin D. Burgess**

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

|  |  |
|---|---|
| ERNEST BRANIGH, *et al.*, | : |
|      Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| THE UNITED STATES, | : |
|      Defendant. | : |

Case No.: C 07-5042 FDB

**Order Reinstating the Action
and Granting Stay**

### <u>ORDER</u>

This matter is before the Court on the Plaintiffs' Stipulated Motion for Reinstatement
of the Action and Stay in the Proceedings. Having considered the Motion, and there being
no opposition, and good cause having been shown, it is,

ORDER REINSTATING THE ACTION AND
GRANTING STAY     - 1 -

**MCGAVICK
GRAVES**

A Professional Services Corporation

1102 Broadway, Suite 500 • Tacoma, Washington 98402

Telephone (253) 627-1181 • Fax (253) 627-2247

1    **ORDERED,** that the Plaintiffs' instant Motion is **GRANTED,** and it is further

2    **ORDERED**, that the Order dismissing this instant action with prejudice is hereby

3    **VACATED,** and it is further

4    **ORDERED,** that the above-entitled action, including the trial date is hereby stayed,

5    and it is further

6    **ORDERED,** that periodically, beginning no later than forty-five (45) days from the

7    date of entry of this order, the parties shall report to the court regarding the status of review

8    and/or approval of the proposed settlement by the Justice Department, and it is further

9    **ORDERED,** that a hearing is hereby set for February 26, 2008, at _9:00 am_ either

10   for review and ruling on the minors' portion of the settlement, or, in the alternative, a status

11   hearing, if the Justice Department has not finally approved the settlement by that date.

12

13   Dated  this _23_ day of January, 2008.

14

15   Franklin D. Burgess, United States District Judge

16

17   Presented by: /s/Edward L. Norwind

        Edward L. Norwind, Esq.

        J. Philip Kessel, Esq.

18      Murray D. Scheel, Esq.

        Walter A. Oleniewski, Esq. (of counsel)

19

        *Attorneys for the Plaintiffs*

20

21

22

**M c G a v i c k**
**G r a v e s**

A Professional Services Corporation

1102 Broadway, Suite 500 • Tacoma, Washington 98402

Telephone (253) 627-1181 • Fax (253) 627-2247

1

## CERTIFICATE OF SERVICE

2

3      **I HEREBY CERTIFY** that the foregoing Plaintiffs' Stipulated Motion for

4    Reinstatement of the Action and Stay in the Proceedings and proposed Order were sent via e-

5    filing this **17th** day of January, 2008 to:

6

7    Peter Wynn, Esq.
     Assistant United States Attorney for the
8    Western District of Washington
     700 Stewart Street
9    Suite 5220
     Seattle, WA 98101-1271
10

                                    Respectfully submitted,
11
                                    **KARP, FROSH, LAPIDUS, WIGODSKY**
12                                  **& NORWIND, P.A.**

13
                                    /s/Edward L. Norwind
14                                  Edward L. Norwind, Esquire
                                    2273 Research Boulevard
15                                  Suite 200
                                    Rockville, Maryland 20850
16                                  (301) 948-3800

17                                  *Attorneys for Plaintiffs*

18

19

20

21

22

PLAINTIFFS' STIPULATED MOTION FOR
REINSTATEMENT OF THE ACTION AND STAY IN
THE PROCEEDINGS -
CERTIFICATE OF SERVICE

**M c G a v i c k**
**G r a v e s**

A Professional Services Corporation
1102 Broadway, Suite 500 ▪ Tacoma, Washington 98402
Telephone (253) 627-1181 ▪ Fax (253) 627-2247