

The Honorable Franklin D. Burgess

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERNEST BRANIGH, *et al.*,

    Plaintiffs,

v.

THE UNITED STATES,

    Defendant.

Case No.: C 07-5042 FDB

Order Reinstating the Action
and Granting Stay

## <u>ORDER</u>

This matter is before the Court on the Plaintiffs' Stipulated Motion for Reinstatement of the Action and Stay in the Proceedings.  Having considered the Motion, and there being no opposition, and good cause having been shown, it is,

M C G A V I C K
G R A V E S
A Professional Services Corporation
1102 Broadway, Suite 500 • Tacoma, Washington 98402
Telephone (253) 627-1181 • Fax (253) 627-2247

1    **ORDERED,** that the Plaintiffs' instant Motion is **GRANTED**, and it is further

2    **ORDERED,** that the Order dismissing this instant action with prejudice is hereby

3    **VACATED,** and it is further

4    **ORDERED,** that the above-entitled action, including the trial date is hereby stayed,

5    and it is further

6    **ORDERED,** that periodically, beginning no later than forty-five (45) days from the

7    date of entry of this order, the parties shall report to the court regarding the status of review

8    and/or approval of the proposed settlement by the Justice Department, and it is further

9    **ORDERED,** that a hearing is hereby set for February 26, 2008, at _9:00 am_ either

10   for review and ruling on the minors' portion of the settlement, or, in the alternative, a status

11   hearing, if the Justice Department has not finally approved the settlement by that date.

12

13   Dated this _23_ day of January, 2008.

14

15   Franklin D. Burgess, United States District Judge

16

17   Presented by: /s/Edward L. Norwind
                   Edward L. Norwind, Esq.
18                 J. Philip Kessel, Esq.
                   Murray D. Scheel, Esq.
19                 Walter A. Oleniewski, Esq. (of counsel)

20                 *Attorneys for the Plaintiffs*

21

22

ORDER REINSTATING THE ACTION AND
GRANTING STAY                                    - 2 -

**M c G a v i c k**
**G r a v e s**
A Professional Services Corporation
1102 Broadway, Suite 500 • Tacoma, Washington 98402
Telephone (253) 627-1181 • Fax (253) 627-2247

1

## CERTIFICATE OF SERVICE

2

3      **I HEREBY CERTIFY** that the foregoing Plaintiffs' Stipulated Motion for

4   Reinstatement of the Action and Stay in the Proceedings and proposed Order were sent via e-

5   filing this **17th** day of January, 2008 to:

6

7   Peter Wynn, Esq.
    Assistant United States Attorney for the
8   Western District of Washington
    700 Stewart Street
9   Suite 5220
    Seattle, WA 98101-1271
10

                                    Respectfully submitted,
11

                                    **KARP, FROSH, LAPIDUS, WIGODSKY**
12                                  **& NORWIND, P.A.**

13

                                    /s/Edward L. Norwind
14                                  Edward L. Norwind, Esquire
                                    2273 Research Boulevard
15                                  Suite 200
                                    Rockville, Maryland 20850
16                                  (301) 948-3800

17                                  *Attorneys for Plaintiffs*

18

19

20

21

22

PLAINTIFFS' STIPULATED MOTION FOR
REINSTATEMENT OF THE ACTION AND STAY IN
THE PROCEEDINGS -
CERTIFICATE OF SERVICE

**McGAVICK
GRAVES**

A Professional Services Corporation
*1102 Broadway, Suite 500 ▪ Tacoma, Washington 98402*
Telephone (253) 627-1181 ▪ Fax (253) 627-2247