The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERNEST BRANIGH, et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>                      Defendant. | NO. C07-5042 FDB<br><br>*[proposed]* **ORDER DISCHARGING LIMITED GUARDIAN AD LITEM FOR MINOR CHILDREN** |

THIS MATTER having come before this court upon the petition of Dennis J. La Porte for an order discharging him as the limited guardian ad litem of BDB and GCB; and this court having considered the said petition, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Dennis J. La Porte, be, and he hereby is, discharged as the limited guardian ad litem of BDB and GCB.

*[proposed]* ORDER DISCHARGING LIMITED GUARDIAN AD LITEM
FOR MINOR CHILDREN- 1

1   DONE IN OPEN COURT this _____ day of _____, 2008.

2

3   _____
    The Honorable Franklin D. Burgess
4

5   Presented by:

6   KRILICH, LA PORTE, WEST &
    LOCKNER, P.S.

7

8   By _____
    Dennis J. La Porte, WSBA #2971
9   Limited Guardian ad Litem

[proposed] ORDER DISCHARGING LIMITED GUARDIAN AD LITEM
FOR MINOR CHILDREN- 2